IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNYSLVANIA

**FILED**
MAY 20 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-95 |
| REBECCA OWENS | (18 U.S.C. §§ 2251(a) and (e) and 2, and 2252(a)(2) and (b)(1)) |
| | [UNDER SEAL] |

## INDICTMENT

## COUNT ONE

The grand jury charges:

From on or about May 17, 2019, to on or about May 18, 2019, in the Western District of Pennsylvania, the defendant, REBECCA OWENS, aided and abetted by another person known to the grand jury as M.K., attempted to and did employ, use, persuade, induce, entice, and coerce Minor A, a female child victim, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct: to wit, image files depicting Minor A engaged in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, which visual depictions were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e), and 2.

## COUNT TWO

The grand jury further charges:

From on or about May 17, 2019, to on or about May 18, 2019, in the Western District of Pennsylvania, the defendant, REBECCA OWENS, did knowingly distribute any visual depiction, namely images in computer graphic and digital files, the production of which involved the use of a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted a minor engaging in sexually explicit conduct, to an individual known to the grand jury as M.K., using any means and facility of interstate and foreign commerce and such visual depictions had been transported in or affecting interstate and foreign commerce, by any means including by computer and the internet.

In violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATION

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant REBECCA OWENS that in the event that defendant OWENS is convicted of any of Counts One through Two of this Indictment, defendant OWENS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(3) all property, real or personal, used or intended to be used to commit or to promote the commission of the offenses of conviction or any property traceable to such property.

A True Bill,

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

3